IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

CASEY BREEDLOVE,
ON BEHALF OF A.S., A MINOR                                                        PLAINTIFFS

V.                                                   CIVIL ACTION NO. 1:25-CV-118-MPM-DAS

PROGRESSIVE CASUALTY
INSURANCE COMPANY                                                       DEFENDANT

## ORDER

The complaint in this matter names as plaintiffs Casey Breedlove as next friend to her minor daughter, whose name appears throughout the complaint. Doc. 2. This is improper. Under Federal Rule of Civil Procedure 17(c)(1), a general guardian may sue *on behalf of* a minor, and Section IX of the court's Administrative Procedures for Electronic Case Filing states that in any pleadings filed with the court, "[i]f the involvement of a minor child must be mentioned, only the initials of that child should be used."

Therefore, the Clerk of Court is directed to seal the docket from public access only, with CM/ECF access permitted to the litigants' counsel, and to change the style of the case on the docket to identify the plaintiff as "Casey Breedlove, on behalf of A.S., a minor."

Further, the plaintiff Casey Breedlove is ORDERED to file an amended complaint, no later than August 1, 2025, that uses only the initials of the minor child and not her name. Seven days after the amended complaint is filed, the defendant must refile the State Court Record, its Disclosure Statements, and its answer using only the initials of the minor child and not her name. The refiled pleadings and documents shall include no substantive changes (unless leave of court is granted for same) but only changes to the identification of the minor plaintiff.

Ms. Breedlove is warned that if she fails to file an amended complaint as required by this

order, this action could be dismissed for failure to prosecute and for failure to comply with an order of the court.

    SO ORDERED, this the 21st day of July, 2025.

                                            /s/ David A. Sanders  
                                            UNITED STATES MAGISTRATE JUDGE